**DENIED WITHOUT PREJUDICE**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MAYRA DAVILA and KIMBERLY YANTUCHE, individuals, and FAIR HOUSING FOUNDATION, a California nonprofit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>RTI PROPERTIES, INC., a California corporation; BBK CARLIN, LLC, a California limited liability company; JUDITH A CARROLL, individually and as a Trustee of the JUDI A. CARROLL LIVING TRUST, and ROSA MARIA DE LA ROSA, an individual,<br><br>Defendants. | CASE NO. CV12-08176 DDP (VBKx)<br><br>[PROPOSED] ORDER<br><br>[*Stipulation To Protect Confidential Information filed concurrently herewith*]<br><br>The Hon. Dean D. Pregerson, Dept. 3<br>Action Filed: October 5, 2012<br><br>Discovery Cutoff:  None Set<br>Motion Cutoff:     None Set<br>Trial Date:        None Set |

TO ALL PARTIES HEREIN, AND TO THEIR ATTORNEYS OF RECORD:

/ / /

/ / /

/ / /

/ / /

/ / /

After review and consideration of the Stipulation to Protect Confidential Information, signed and submitted by counsel for the Plaintiffs and Defendants, attached hereto as Exhibit "A", the court orders as follows:

IT IS HEREBY ORDERED that said Stipulation is **DENIED WITHOUT PREJUDICE**. No statement of good cause as required by Rule 26.

DATED: __March 28, 2013_____ /s/ _____

UNITED STATES COURT
MAGISTRATE JUDGE