<span style="background-color: yellow">CLOSED</span>

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| MAYRA DAVILA and KIMBERLY YANTUCHE, individuals, and FAIR HOUSING FOUNDATION, a California nonprofit corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> RTI PROPERTIES, INC., a California corporation; BBK CARLIN, LLC, a California limited liability company; JUDITH A. CARROLL, individually and as trustee of the JUDI A. CARROLL LIVING TRUST, and ROSA MARIA DE LA ROSA, an individual, <br><br> Defendants. | Case No.: CV12-08176-DDP (VBKx) <br><br> Assigned to Courtroom: 3 <br> The Hon. Dean D. Pregerson <br><br> **JUDGMENT** |

Having reviewed Defendants RTI Properties, Inc., BBK Carlin, LLC, and Rosa Maria de la Rosa's offer of judgment pursuant to Fed. R. Civ. P. 68 to Plaintiff Fair Housing Foundation, and Plaintiff Fair Housing Foundation's acceptance of Defendants' offer of judgment,

IT IS HEREBY ORDERED and ADJUDGED that judgment is entered as follows:

1. Judgment in favor of Plaintiff Fair Housing Foundation; and
2. Defendants to pay the sum of $30,000.00 to Plaintiff Fair Housing Foundation.

IT IS SO ORDERED.

Dated: January 15, 2014

_____
Honorable Dean D. Pregerson
United States District Judge